F. Anthony Edwards, Esq. Bar No. 181606
LAW OFFICES OF F. ANTHONY EDWARDS
1850 Mt. Diablo Blvd., Suite 650
Walnut Creek, CA 94596

Telephone: 925-947-1600

Attorneys for Plaintiff
Ian Williams

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA - OAKLAND**

| | |
|---|---|
| IAN WILLIAMS, | CASE NO. 07-00540-CW |
| Plaintiff, | [PROPOSED] ORDER SUBSTITUTING COUNSEL |
| v. | |
| AMERICAN AIRLINES, | |
| Defendant. | |

UPON THE READING of Plaintiff's Notice of Substitution of Counsel, and all other matters presented to the Court, it is hereby ordered that:

The Law Firm of F. ANTHONY EDWARDS, is substituted in as new counsel.

Dated: 5/21/07

_____
Honorable Claudia Wilkin
Judge of the United States District Court
Northern District of California