ROBERT JON HENDRICKS, SBN 179751
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:  213.612.2500
Fax:  213.612.2501
rjhendricks@morganlewis.com

M. MICHAEL COLE, SBN 235538
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94150
Tel:    415.442.1000
Fax:    415.442.1001
mcole@morganlewis.com

Attorneys for Defendant
AMERICAN AIRLINES, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IAN WILLIAMS,<br><br>               Plaintiff,<br><br>    vs.<br><br>AMERICAN AIRLINES, a private corporation; GERARD ARPEY; JOHN NEILLY; RICHARD WOODS; JEFF O'MALLEY; DAVID TULL; MARK KOSTRZEWA, RON DeLONG and Does 1 Through 20, Inclusive,<br><br>               Defendants. | Case No. C 07-00540 CW<br><br>**STIPULATION AND ORDER TO CONTINUE MEDIATION DEADLINE**<br><br>The Honorable Claudia Wilken |

**STIPULATION**

**WHEREAS**, the United States District Court for the Northern District of California held a June 7, 2007 Case Management Conference in the matter of *Ian Williams v. American Airlines, et al.*, Case No. C 07-00540 CW and issued its Case Management Order on June 11, 2007, referring the matter to private mediation, to be held by October 11, 2007;

**WHEREAS**, on or about August, 2007, Defendant American Airlines served its Initial

1  Disclosures, Discovery Requests and Notice to Take Plaintiff's Deposition on September 24th and 25th,
2  2007;
3      **WHEREAS**, on September 12, 2007, following receipt of Defendant's above-referenced
4  Disclosures, Discovery Requests and Deposition Notice, Plaintiff Williams served Notice of the
5  unavailability of counsel between September 12th and September 24th, 2007, effectively and unilaterally
6  cancelling the deposition of Plaintiff, without making disclosures or responding to the Discovery
7  Requests;
8      **WHEREAS**, the parties cannot engage in a meaningful mediation session without the mutual
9  exchange of Initial Disclosures, and Defendant's require the receipt of responses to its discovery requests
10 and to first depose Plaintiff prior to mediation;
11     **WHEREAS**, Defendant is unable to complete deposition in the matter and review any discovery
12 responses which may be received prior to the October 11, 2007 deadline;
13     **WHEREAS**, the Parties believe that a continuance of the mediation deadline would best conserve
14 the parties' and judicial resources.
15     **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, between the parties
16 that the October 11, 2007 mediation deadline shall be continued for at least 45 days to a date determined
17 by the Court thereafter.
18     **IT IS SO STIPULATED BETWEEN PARTIES**.
19 Dated: October 1, 2007        MORGAN, LEWIS & BOCKIUS LLP
20         By:    /s/
21         L. Julius M. Turman
        Attorneys for Defendant
22         American Airlines, Inc.
23 Dated: October 1, 2007        By:    /s/
24         F. Anthony Edwards
        Attorneys for Plaintiff
25         Ian Williams
26
27
28

1 **IT IS ORDERED THAT** the October 11, 2007 mediation deadline is continued to **12/13/07**.

2

3   Dated: October __2__, 2007                               _____

4                                                            Hon. Claudia Wilken