ROBERT JON HENDRICKS, SBN 179751
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: 213.612.2500
Fax: 213.612.2501
rjhendricks@morganlewis.com

L. JULIUS M. TURMAN, SBN 226126
M. MICHAEL COLE, SBN 235538
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94150
Tel: 415.442.1000
Fax: 415.442.1001
mcole@morganlewis.com

Attorneys for Defendant
AMERICAN AIRLINES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN WILLIAMS,<br><br>            Plaintiff,<br><br>            vs.<br><br>AMERICAN AIRLINES, a private corporation,<br><br>            Defendant. | Case No. C 07-00540 CW<br><br>**ORDER GRANTING WITHDRAWAL OF DEFENDANT'S PENDING RENEWED MOTION FOR TERMINATING SANCTIONS**<br><br>The Honorable Claudia Wilken |

Plaintiff Ian Williams ("Plaintiff") and Defendant American Airlines, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, file this Stipulation and Proposed Order to stay any ruling on or, alternatively, withdraw Defendant's pending Renewed Motion for Terminating Sanctions (Docket Entry # 34):

**WHEREAS**, on February 1, 2008, Defendant filed a Renewed Motion for Terminating Sanctions Against Plaintiff;

**WHEREAS**, on February 5, 2008, Plaintiff filed an opposition to Defendant's Renewed

Motion for Terminating Sanctions and on February 21, 2008, Defendant filed a reply in support of its Renewed Motion for Terminating Sanctions such that the motion is now fully briefed;

**WHEREAS**, argument on Defendant's Renewed Motion for Terminating Sanction is presently scheduled for hearing on March 13, 2008 at 2:00 p.m.;

**WHEREAS**, on February 26, 2008, the parties participated in court ordered private mediation before Vivian B. Williamson, Esq. and have reached a settlement in principle resolving this matter;

**WHEREAS**, the parties stipulate to either to stay any ruling on Defendant's Renewed Motion for Terminating Sanctions or in the alternative, agree that Defendant may withdraw its motion without prejudice to its right to re-file and/or re-notice the motion, so that discussions and negotiations over all the terms of a settlement can be completed and memorialized:

**GOOD CAUSE EXISTS** to either to stay any ruling on Defendant's Renewed Motion for Terminating Sanctions or in the alternative, withdraw Defendant's Renewed Motion for Terminating Sanctions without prejudice to Defendant's rights to re-file and/or re-notice the motion as set forth herein, and to avoid the potential unnecessary use of judicial resources.

**IT IS SO STIPULATED**

Dated: February 26, 2008					MORGAN, LEWIS & BOCKIUS LLP

								By:	/s/
								L. Julius M. Turman
								Attorneys for Defendant
								American Airlines, Inc.

Dated: February 26, 2008					By:	/s/
								F. Anthony Edwards
								Attorneys for Plaintiff
								Ian Williams

**IT IS ORDERED THAT** Defendant's pending renewed motion for terminating sanctions is withdrawn, without prejudice to Defendant's right to re-file the motion.

Dated: March 5, 2008					_____
								Hon. Claudia Wilken