IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IAN WILLIAMS,                                       No. C 07-00540 CW

      Plaintiff,                        ORDER OF DISMISSAL

  v.

AMERICAN AIRLINES,

      Defendant.
                                   /

    On April 7, 2008, a Clerk's Notice Resetting the Case Management Conference was filed wherein a case management conference was set for April 22, 2008.  As set forth in the Notice, failure to attend the case management conference would result in dismissal of this case for failure to prosecute.  On April 22, 2008, a case management conference was held.  L. Julius M. Turman appeared on behalf of American Airlines.  No appearance was made by or on behalf of Plaintiff.  Accordingly,

    IT IS HEREBY ORDERED that the above-captioned case is dismissed for failure to prosecute.

4/23/08

Dated _____       
                                               CLAUDIA WILKEN
                                               United States District Judge